ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK,
A Professional Corporation
11500 S. Eastern Avenue, Suite 140
Henderson, Nevada 89052
Telephone:  (702) 870-2400
Facsimile:  (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorney for Defendants,*
*Target Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE BIERMAN, individually;<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATON, a Foreign Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive;<br><br>Defendants. | CASE NO.:   2:22-cv-01044-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES AND TRIAL DATE**<br><br>**(FIRST REQUEST)** |

Plaintiff CATHERINE BIERMAN ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant"), by and through their respective counsel of record, do hereby stipulate to extend the discovery cutoff in the present case for a period of ninety (90) days.

Pursuant to LR IA 6-1, the parties hereby aver that this is the first such discovery extension requested in this matter.

///

///

///

///

**DISCOVERY COMPLETED TO DATE**

The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures; authorizations have been exchanged, and Defendant has propounded written discovery.

**DISCOVERY TO BE COMPLETED AND
REASONS FOR EXTENSION OF DISCOVERY**

Discovery to be completed includes:

• Depositions of fact witnesses;

• Expert disclosures;

• Depositions of expert witnesses;

• Deposition of Defendant's Rule 30(b)(6) witnesses; and

• Site Inspection

The HIPAA Authorization Plaintiff Counsel ultimately provided on September 2, 2022 had actually expired in September of **2021**. As such, Defense counsel requested a valid HIPAA Authorization so that Defendant could request the necessary medical records to evaluate and defend the case. The newly signed HIPAA Authorization was provided to Defense counsel October 6, 2022. As such, medical records requests are being processed. However, Defense counsel does require additional time to process same.

In addition to the medical records that are being requested, Plaintiff counsel is working to coordinate a Site Inspection. Such an inspection is necessary in Expert evaluation of the case and the providing of Expert Report(s). As such, additional time is necessary as to all current Discovery deadlines.

/ / /

/ / /

Based upon the foregoing, the parties respectfully request a ninety (90) day extension of all current discovery deadlines. The parties are confident that a granting of the request for a (ninety) 90-day extension of the remaining discovery deadlines would allow them to complete the required discovery. This request is made in good faith, not for the purpose of delay.

### NEW DISCOVERY DEADLINES

**Initial Expert Disclosure:**
Currently:      October 28, 2022
**Proposed:      January 26, 2023**


**Rebuttal Expert Disclosure:**
Currently:      November 28, 2022
**Proposed:      February 27, 2023**

**Discovery Cutoff:**
Currently:      December 28, 2022
**Proposed:      March 28, 2023**

**Dispositive Motions:**
Currently:      January 27, 2023
**Proposed:      April 27, 2023**

**Pretrial Order:**
Currently:      February 27, 2023, or 30 days after resolution of dispositive motions per Local Rule 26-1(b)(5)

**Proposed:      May 29, 2023,** or 30 days after resolution of dispositive motions per Local Rule 26-1(b)(5)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

If this extension is granted, all depositions mentioned above should be concluded within the stipulated extended deadline.  The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED this 18th day of October, 2022          DATED this 18th day of October, 2022

/s/ Daniel S. Ivie                                         /s Alan Westbrook
Daniel S. Ivie, Esq.                                       Alan Westbrook, Esq.
MAINOR WIRTH, LLP                                          PERRY & WESTBROOK
6018 s. Fort Apache, Ste. 150                              11500 S. Eastern Ave. Ste.140
Las Vegas, Nevada 89148                                    Henderson, NV 89052
Attorneys for Plaintiff                                    Attorneys for Defendant
Catherine Bierman                                          Target Corporation

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** October 19, 2022