**NCCH**
BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
MAINOR WIRTH, LLP
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel: (702) 464-5000
Fax: (702) 463-4440
ash@mwinjury.com
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE BIERMAN, an individual;<br><br>Plaintiff,<br>vs.<br><br>TARGET CORPORATION, a Foreign Corporation; DOES I – X, inclusive; and ROE CORPORATIONS I – X, inclusive;<br><br>Defendants. | CASE NO.: 2:22-cv-01044-RFB-NJK<br><br>**PLAINTIFF'S NOTICE OF CHANGE IN LEAD COUNSEL** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, effective immediately, the designated lead attorneys and counsel for service on this matter for MAINOR WIRTH, LLP will be BRADLEY S. MAINOR, ESQ., JOSEPH J. WIRTH, ESQ., and ASH MARIE BLACKBURN, ESQ, as stated above.

PLEASE TAKE FURTHER NOTICE that DANIEL S. IVIE, ESQ, previously the attorney in this action, is no longer representing Plaintiff. Therefore, please remove DANIEL S. IVIE, ESQ, from your service list, and direct all future pleadings, correspondence and any inquiries to BRADLEY S. MAINOR, ESQ., JOSEPH J. WIRTH, ESQ., and ASH MARIE

1

BLACKBURN, ESQ, concerning this matter for Defendants in accordance with the contact information referenced above.

DATED this 28th day of September 2023.

**MAINOR WIRTH, LLP**

/s/ *Ash Marie Blackburn*

_____
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

## ORDER

Plaintiff's motion to substitute attorney's is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket with Plaintiff's counsel as Bradley S. Mainor, Esq., Joseph J. Wirth, Esq., and Ash Marie Blackburn, Esq., of Mainor Wirth, LLP and remove Daniel S. Ivie, Esq. as identified at Docket No. 26-1.

IT IS SO ORDERED

Dated: September 29, 2023

_____
Nancy J. Koppe
United States Magistrate Judge